**Electronically Filed
Supreme Court
SCPW-21-0000162
23-MAR-2021
09:31 AM
Dkt. 9 ODDP**

SCPW-21-0000162

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WILLIAM KOTIS, Petitioner,

vs.

THE HONORABLE RICHARD K. PERKINS,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi (retired), Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 1PC920002780)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner William Kotis's petition for writ of mandamus, filed on March 19, 2021, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief from this court and has alternative means to seek relief, including seeking relief pursuant to Hawaiʻi Rules of Penal Procedure Rule 40 as provided by law. Petitioner, therefore, is not entitled to the requested extraordinary writ. See Kema v.

Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, March 23, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

2